UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON NEWCOMER, a single person, CAROLYN JONES-MORRISON, a single person, PATRICIA DETTLING, a married person, and MARTHA HOLLIDAY, a single person,

Plaintiffs,

v.

ROBIN ARNOLD-WILLIAMS, Secretary, and the DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and ROSS DAWSON, a married person, and the STATE OF WASHINGTON,

Defendants.

Case No. C07-5116RBL

ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION

This matter comes before the Court on Defendants' Motion for Reconsideration. [Dkt. # 46.] On November 3, 2008, the court granted in part Defendant's Motion for Summary Judgment, and dismissed all Plaintiffs' claims except Newcomer's and Holliday's Title VII claims against the Department of Heath and Social Services and the State of Washington. [Order Dkt. # 45.] Defendants seek reconsideration of the Court's Order denying summary judgment on those claims, arguing that Plaintiffs have failed to establish prima facie cases of discrimination. [Dkt. # 46.] Defendants further argue that even if Plaintiffs could establish prima facie cases, Plaintiffs have not shown that Defendants' stated non-discriminatory reasons are pretext for discrimination. Defendants ask the Court to dismiss all of Plaintiffs' remaining claims with prejudice.

ORDER
Page - 1

1  Under Local Rule CR 7(h), no motion for reconsideration will be granted unless an opposing party has been afforded the opportunity to file a response. The court hereby REQUESTS that the Plaintiffs file a short Response to the Motion for Reconsideration. This Response should focus on the issues of whether other employees were similarly situated to Newcomer and Holliday, when the formal elimination of Plaintiffs' positions occurred, and whether Plaintiffs' disparate impact claims were properly raised. Plaintiffs may file a response to the Motion for Reconsideration by December 3, 2008.

IT IS SO ORDERED.

DATED this 25th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE