# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHARON NEWCOMER, a single person, CAROLYN JONES-MORRISON, a single person, PATRICIA DETTLING, a married person, and MARTHA HOLLIDAY, a single person,<br><br>Plaintiffs,<br><br>v.<br><br>ROBIN ARNOLD-WILLIAMS, Secretary, and the DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and ROSS DAWSON, a married person, and the STATE OF WASHINGTON,<br><br>Defendants. | Case No. C07-5116RBL<br><br>ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION |

Pending before the Court is Defendants' Motion for Reconsideration [Dkt. # 46] of the Court's Order denying summary judgment in part [Dkt. # 45]. Having considered the entirety of the records and file herein, the Court finds and rules as follows.

Under Local Rule 7, "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CR 7(h), Local Rules W.D. Wash.

The Court is not persuaded that the Defendants have met this standard, and the Motion [Dkt. # 46] is therefore **DENIED.**

IT IS SO ORDERED this 8th day of December, 2008

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
*digitally signed upon authorization (JAB)*

ORDER
Page - 1